## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  BRENDA GILLESPIE, an individual, )<br>)<br>Plaintiff, )<br>v.                                                                        )<br>)<br>1.  BIZJET INTERNATIONAL SALES AND, )<br>SUPPORT, a domestic company,           )<br>)<br>Defendant.                             ) | Case No.  14-CV-749-JED-FHM |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and among the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed and that the Plaintiff, Brenda Gillespie, hereby withdraws and dismisses all claims against Defendant in the above-captioned matter with prejudice to re-filing.

AGREED AS STIPULATED ABOVE:

 */s/ Charles C. Vaught*
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
1401 South Cheyenne
Tulsa, OK 74119
(918) 582-2500
(918) 388-0100 Facsimile
cvaught@armstronglowe.com
Attorneys for Plaintiff

_/s/ Randall J. Snapp_
*Signed with permission from Randall J. Snapp*
Randall J. Snapp, OBA #11169
Haylee D. Barney, OBA #31341
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9855
(918) 599-6335 (Facsimile)
ATTORNEYS FOR DEFENDANT